# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Xiangsheng Qu,<br><br>             Plaintiff<br><br>v.<br><br>Kristi Noem, et al.,<br><br>             Defendants | Case No. 2:25-cv-01063-CDS-DJA<br><br>**Order Directing Respondents to Provide Proof of Service** |

On November 21, 2025, federal respondents Kristi Noem, Secretary of the Department of Homeland Security ("DHS"); Joseph B. Edlow, Director of the United States Citizenship and Immigration Services ("USCIS"); Ted H. Kim, Associate Director of RAIO; and David M. Radel, Director of the Lost Angeles Office of USCIS's Asylum Office, filed a motion to dismiss. Mot., ECF No. 8. No opposition is filed, and the deadline to do so has long passed. So, pursuant to this court's Local Rules, the motion could be granted as unopposed. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.").

However, here, the petitioner is pro se and is not registered to receive electronic service of documents through the CM/ECF system, and the motion to dismiss does not include a certificate of service or an affidavit addressing service. Accordingly, the respondents must file a status report with an affidavit detailing their efforts to serve the petitioner with their motion to dismiss no later than December 26, 2025.

Dated: December 18, 2025

_____
Cristina D. Silva
United States District Judge