# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Xiangsheng Qu, | | Case No. 2:25-cv-01063-CDS-DJA |
| | Petitioner | **Order Granting Respondents' Unopposed Motion to Dismiss and Denying as Moot Motion to Stay Discovery** |
| v. | | |
| Kristi Noem, et al., | | |
| | Respondents | [ECF Nos. 8, 12] |

Pro se petitioner Xiangsheng Qu brought this mandamus and declaration action against respondents Kristi Noem, Security of the Department of Homeland Security; Jennifer B. Higgins, Acting Director of USCIS; Ted H. Kim, Associate Director of RAIO; and David M. Radel, Director of the USCIS's Los Angeles Asylum Office. *See* Pet., ECF No. 1. On November 21, 2025, the respondents filed a motion to dismiss. Mot., ECF No. 8. To date, the motion remains unopposed, and the deadline to do so has passed.[1] *See* Min. order, ECF No. 9.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the petitioner's failure to respond to the motion to dismiss as consent to granting the motion.

## Conclusion

IT IS ORDERED that the respondents' motion to dismiss **[ECF No. 8] is GRANTED** as unopposed; therefore, this case is dismissed without prejudice.

---

[1] Upon review, it was unclear to the court if Qu had been served with the motion to dismiss. As a result, I ordered the respondents to file a status report detailing their efforts to serve Qu. *See* Order, ECF No. 10. The respondents timely complied and detailed their efforts to serve Qu in a status report. *See* Status report, ECF No. 11. A copy of the motion was mailed to Qu on December 22, 2025. *Id.*

IT IS FURTHER ORDERED that the respondents' motion to stay **[ECF No. 12] is DENIED as moot**.

The Clerk of Court is kindly directed to close this case.

Dated: January 13, 2026

_____
Cristina D. Silva
United States District Judge